THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOCHEN SCHEWE,

    Plaintiff,              )
                          )
                          )    Case No. 5:15-CV-131-D
                          )
v.                       )
                          )
                          )    **ORDER**
                          )
MOHAWK INDUSTRIES INC., )
PERGO, LLC, and UNILIN     )
NORTH AMERICA, LLC,      )
                          )
    Defendants.        )
                          )
                          )

    THIS CAUSE coming before the Court on the Plaintiff's Motion to Dismiss All Claims with Prejudice (the "Motion"); it appearing to the Court that Defendants Mohawk Industries Inc. and Unilin North America, LLC do not oppose this Motion; and finding good cause to GRANT the Motion.

    IT THEREFORE IS ORDERED that the Plaintiff's Motion to Dismiss All Claims with Prejudice hereby is GRANTED and all pending claims in this action are DISMISSED WITH PREJUDICE.

    SO ORDERED. This _6_ day of February 2016.

                                       JAMES C. DEVER III
                                        Chief United States District Judge