UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOCHEN SCHEWE, )<br>    Plaintiff, )<br>) <br>v. )<br>)<br>MOHAWK INDUSTRIES INC., )<br>PERGO, LLC, and UNILIN )<br>NORTH AMERICA, LLC, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-131-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs Motion to Dismiss All Claims with Prejudice hereby is GRANTED and all pending claims in this action are DISMISSED WITH PREJUDICE.

SO ORDERED. This 8th day of February, 2016.

**This Judgment Filed and Entered on February 8, 2016, and Copies To:**

| | |
|---|---|
| Robert E. Fields, III | (via CM/ECF Notice of Electronic Filing) |
| Samuel Pinero, II | (via CM/ECF Notice of Electronic Filing) |
| Leanne C. Mehrman | (via CM/ECF Notice of Electronic Filing) |
| Matthew J. Gilley | (via CM/ECF Notice of Electronic Filing) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK
February 8, 2016　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk